The People of the State of New York, Respondent, 
against
Tony Floyed, Defendant-Appellant.



In consolidated criminal prosecutions, defendant appeals from two judgments of the Criminal Court of the City of New York, New York County (John Cataldo, J.), each rendered September 26, 2012, after a nonjury trial, convicting him of public consumption of alcohol and urinating in a public place, and imposing sentence.




Per Curiam.
Judgments of conviction (John Cataldo, J.), each rendered September 26, 2012, reversed, on the law, accusatory instruments dismissed, and fine and surcharge, if paid, remitted.
Reversal of the judgments convicting defendant of public consumption of alcohol and public urination, and dismissal of those charges is mandated since, as the People concede, the allegations in the accusatory instruments were insufficient to meet the elements of those charges.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 30, 2016